IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01079-JLK**

**MEYERS LAND & CATTLE COMPANY, a Colorado Corporation,**

    Plaintiff,

v.

**JOHN ALDEN LIFE INSURANCE COMPANY, a Minnesota Corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

On January 5, 2006, this court issued an Order to Show Cause asking Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. To date, no response has been made. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated this 23rd day of January, 2006.

                                BY THE COURT:

                                **s/John L. Kane**
                                SENIOR U.S. DISTRICT JUDGE